## Akins, Appellant, *v.* York Officers' and Employees' Retirement Board.

Argued April 9, 1951. Before STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Henry B. Leader,* with him *McClean Stock,* for appellant.

*Herbert B. Cohen,* with him *John W. Heller, 3rd,* for appellees.

Opinion by Mr. Justice Jones, June 27, 1951:

The question involved on this appeal is the same as in the case of *Altieri v. Allentown Officers' and Employees' Retirement Board,* p. 176 ante. The result in the lower court in the instant case is opposite to that reached in the *Altieri* case. In this case the learned court below sustained the defendant board's contention that Section 4(b) of the Third Class City Employees Retirement Law of May 23, 1945, P.L. 903, violates Sections 11 and 18 of Article III of the Pennsylvania Constitution and, accordingly, entered judgment for the board. The plaintiff-employee thereupon brought this appeal. As we pointed out in the *Altieri* case, supra, the constitutional questions need not be considered in view of the fact that Section 4(b) is deficient and unenforceable. For the reasons set forth in the *Altieri* case, we approve the judgment entered in the instant case.

Judgment affirmed.